[No. 15299-1-II.   Division Two.   April 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH JOHN TIGANO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-00320-5, J. Kelley Arnold, J., entered September 6, 1991. *Affirmed* by unpublished opinion per Worswick, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Pearson, J. Pro Tem.

[No. 29113-1-I.   Division One.   April 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HENRY EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06536-3, Sharon S. Armstrong, J., entered August 12, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 30165-9-I.   Division One.   April 26, 1993.]

IDEAL TRAVEL COMPANY, *Appellant*, v. THOMASON WORLD CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-18700-4, J. Kathleen Learned, J., entered May 18, 1992. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 28191-7-I.   Division One.   April 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DANTE LORENZO NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-01541-8, Faith Enyeart, J., entered March 19, 1991. *Dismissed* by unpublished per curiam opinion.